# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JASMINE VALDEZ, on behalf of themselves and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) Case No. 1:25-cv-12050 |
| v. | ) ) Hon. April M. Perry |
| TEA DATING ADVICE, INC. | ) ) ) |
| Defendant. | ) ) ) |

## DEFENDANT TEA DATING ADVICE, INC.'S NOTICE OF FILING OF LOCAL RULE 40.4 AND FEDERAL RULE OF CIVIL PROCEDURE 42(A) MOTION FOR FINDING OF RELATEDNESS AND CONSOLIDATION

Defendant Tea Dating Advice, Inc. ("Tea Dating"), by and through its undersigned counsel and pursuant to Local Rule 40.4(c), respectfully submits this Notice that on October 6, 2025, Tea Dating filed a Local Rule 40.4 and Federal Rule of Civil Procedure 42(a) Motion for Finding of Relatedness and Consolidation in the matter captioned *Honeycutt v. Tea Dating Advice, Inc.*, No. 1:25-cv-10885 (N.D. Ill.), a copy of which is attached as **Exhibit 1**.

Dated: October 6, 2025

Respectfully submitted,

By: /s/ *Katharine H. Walton*
Joel C. Griswold
Bonnie Keane DelGobbo
Katharine H. Walton
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 3700
Chicago, Illinois 60606
Telephone: (312) 416-6200
jcgriswold@bakerlaw.com
bdelgobbo@bakerlaw.com
kwalton@bakerlaw.com

*Counsel for Defendant*

2

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney, certifies that she caused a true copy of the foregoing to be served on counsel of record via email and first-class mail on October 6, 2025, to:

Jay Kumar
Jay Kumar Law
211 W. Wacker Dr, Suite 200B
Chicago, IL 60606
Tel: 312-767-7903
Jay@jaykumarlaw.com

                 */s/ Katharine H. Walton*